**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**MICHAEL WINBERRY**                                                    **PLAINTIFF**

**v.**                             **Civil No. 08-5172**

**KEITH FERGUSON, Sheriff,
Benton County, Arkansas;
CAPTAIN HUNTER PETRAY,
Jail Administrator, Benton
County Detention Center**                                  **DEFENDANTS**

## O R D E R

Now on this 24th day of October, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #6, filed September 29, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's case is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                   **/s/Jimm Larry Hendren
                                                   HON. JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE**